**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENT MCCOY, on behalf of himself and all others similarly situated** **PLAINTIFF**

**v.** **Case No: 4:23-cv-00898-LPR**

**MILLENNIA TAX RELIEF LLC, et al.** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE